UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:24-cv-60367

TRILLIUM PARTNERS, LP., a Delaware limited Partnership

Plaintiff,

v.

DNA BRANDS, INC.,

Defendant.
_____/

## PROMISSORY NOTE COMPLAINT

Plaintiff, **TRILLIUM PARTNERS, LP.**, by and through its undersigned counsel, hereby brings this action against **DNA BRANDS, INC.**, for a declaration of the parties' respective rights, duties and obligations owed to one another under the terms of certain transactional documents, and asserts as follows:

### JURISDICTION AND VENUE

1. This is an action for damages involving a controversy in excess of $75,000.00, exclusive of interest, attorneys' fees and costs.

2. Plaintiff, hereinafter is a corporation duly organized and validly existing under the laws of the State of Delaware, is authorized to do business in state of Florida, and has its principal place of business in Naples, Florida 17210 GERMANO COURT NAPLES, FL 34110

3. Defendant DNA BRANDS, INC., is a Colorado corporation, with its principal place of business and nerve center in at the address 255 Eversedge Ct Alpharetta, GA 30009.

4. The commercial relationship between Plaintiff and Defendant are governed by the Promissory Notes dated April 26, 2023, July 28, 2022, and September 21, 2023 (the "Promissory Notes") and each is governed by Florida law.

## COMMON FACTS

5. On April 26, 2023, Defendant executed and delivered a Promissory Note (the "4/26 Note"), a copy being attached as **_Exhibit A,_** to Plaintiff in Broward County, Florida.

6. On July 28, 2023, Defendant executed and delivered a Promissory Note (the "7/28 Note"), a copy being attached as **_Exhibit B,_** to Plaintiff in Broward County, Florida.

7. On September 21, 2023, Defendant executed and delivered a Promissory Note (the "09/21 Note"), a copy being attached as **_Exhibit C,_** to Plaintiff in Broward County, Florida.

8. Plaintiff owns and holds the Promissory Notes identified in paragraph 5 through paragraph 8.

9. Defendant failed to pay the Promissory Notes identified in paragraph 5 through paragraph 8 when due.

10. Defendant owes a total of $136,964.64, on the September 21, 2023 note.

11. Default Amount

    Sept 2022  -       $109,174.73

    April 2023 -       $20,665.80

    Sept 2023 -        $7,125.11

12. The respective notes have a cross default provision, mainly stating:

    Cross-Default. Notwithstanding anything to the contrary contained in this Note or the other related or companion documents, a breach or default by the Borrower of any covenant or other term or condition contained in any of the Other Agreements, after the passage of all applicable

notice and cure or grace periods, shall, at the option of the Holder, be considered a default under this Note and the Other Agreements, in which event the Holder shall be entitled (but in no event required) to apply all rights and remedies of the Holder under the terms of this Note and the Other Agreements by reason of a default under said Other Agreement or hereunder. "Other Agreements" means, collectively, all agreements and instruments between, among or by: (1) the Borrower, and, or for the benefit of, (2) the Holder and any affiliate of the Holder, including, without limitation, promissory notes; provided, however, the term "Other Agreements" shall not include the related or companion documents to this Note. Each of the loan transactions will be cross-defaulted with each other loan transaction and with all other existing and future debt of Borrower to the Holder.

13. As such, all three notes are in default based on the above-cited provision.

14. Notwithstanding the above, Plaintiff has purchased and assumed the claims of James Canouse for the amount of $565,902.25, JAHOCO, LLC (**_Exhibit D)_** in the amount of $30,839.36 (**_Exhibit E)_**, and JP Carney LTD in the amount of $150,819.27 **_Exhibit F)_**, totaling $747,553.88

15. All conditions precedent to filing this action has been completed.

## COUNT I – BREACH OF PROMISSORY NOTE

16. Plaintiff adopts and realleges paragraphs 1 through 14 as if fully set forth herein.

17. Defendant entered into the Promissory Notes listed as Exhibits A-C with Plaintiff, pursuant to which Defendant, in return for a loan that Defendant received in direct funds (the "Principal") and promised to pay the Principal plus interest to Plaintiff

18. Plaintiff purchased promissory notes listed in Exhibits D-F from third parties, totaling $747,553.88.

19. Plaintiff owns and holds the all of the Notes.

20. Plaintiff made demand to Defendant for payment of Promissory Notes.

21. Defendant has failed and refused to pay the Principal and interest due on the Notes.

22. Defendant owes Plaintiff $136,964.64 that is due with interest since the maturity dates set forth in the Promissory Notes attached in exhibits A-C, and $747,553.88 in principal and interest stemming from promissory notes referenced and attached in exhibits E-F.

23. The Promissory Notes state that in the event of Defendant's failure to pay off all Principal and interest, Plaintiff shall be entitled to all costs of collection, including reasonable attorney's fees and costs.

24. Plaintiff is obligated to pay his/her attorneys a reasonable fee for their services.

WHEREFORE, Plaintiff demands judgment against Defendant for an amount in excess of $75,000, exclusive of attorneys fees and costs, and any and all other relief this Court deems appropriate.

## COUNT II – MONEY LENT

25. Plaintiff adopts and realleges paragraphs 1 through 17 as if fully set forth herein.

26. Defendant owes Plaintiff $884,528.52 that is due with interest for money lent as follows:

27. As of the date hereof, the Defendant has not paid the amounts due.

WHEREFORE, Plaintiff demands judgement for damages against the Defendant and that the Court award Plaintiff attorneys fees and costs incurred in bringing this action and any all other relief that this Court deems appropriate.

DATED: February 23, 2024

Respectfully submitted,

**Law Offices of Andre G. Raikhelson, LLC..**
*Attorney for Plaintiff*
7000 W Palmetto Park Road, Suite 210
Boca Raton, Florida 33433

Tel.: 954-895-5566

By: /s/Andre G. Raikhelson
Andre G. Raikhelson,
FBN: 123657